MELVIN FEILER, D.D.S. v. NEW JERSEY
DENTAL ASSOCIATION.

October 16, 1984.

Petition for certification denied.   (See 191 *N.J.Super.* 426)

DOUGLAS LACH v. ANDREW GALENAS AND AMERICAN
MOTORS CORPORATION/JEEP CORPORATION.

October 16, 1984.

Petition for certification denied.

ROY N. FORSBERG v. ALLSTATE INSURANCE
COMPANY, INC.

October 16, 1984.

Petition for certification denied.

GABOR MOLNAR, 227 EAST ORANGE INC. v.
THE STAR–LEDGER.

October 16, 1984.

Petition for certification denied.